IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

RECEIVED 2021 MAR 26 AM 10: 03
US MARSHALS SERVICE
MISSOULA, MT

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SHANE BRYAN JOHNSON,

Defendant.

CR 21-14-M-DLC-03

**WARRANT FOR ARREST**

TO: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

YOU ARE HEREBY COMMANDED to arrest SHANE BRYAN JOHNSON and take the arrested person without unnecessary delay before the nearest federal magistrate judge to answer the Indictment charging him with Conspiracy in violation of Title 18 United States Code, Section 371; and Interstate Transportation of Stolen Vehicles in violation of Title 18 United States Code, Sections 2312 and 2.

Assigned to: AUSA Jennifer Clark

*Nicole Stephens*
Nicole Stephens, Deputy Clerk
AS ORDERED BY U.S. MAGISTRATE JUDGE KATHLEEN L. DESOTO
Missoula, Montana

Date of Issue: 25th day of March, 2021

| RETURN | | |
|---|---|---|
| DATE RECEIVED: 3/25/21 | LOCATION: | |
| EXECUTED BY ARREST OF THE ABOVE-NAMED DEFENDANT | | |
| DATE OF ARREST: 5/21/21 | | *Rod Ostermiller* |
| LOCATION: Kalispell, MT | | UNITED STATES MARSHAL |
| BY: FBI SA Trevor Hare | Deputy U.S. Marshal | |