IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21–14–M–DLC |
| Plaintiff, | |
| vs. | ORDER |
| SHANE BRYAN JOHNSON, | |
| Defendant. | |

Before the Court is United States Magistrate Judge Kathleen L. DeSoto's Findings & Recommendation Concerning Plea. (Doc. 60.) Because neither party objected, they are not entitled to *de novo* review. 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). Therefore, the Court reviews the Findings and Recommendation for clear error. *McDonnel Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d 422, 427 (9th Cir. 2000).

Mr. Johnson is charged with one count of conspiracy to commit offenses against the United States, in violation of 18 U.S.C. § 317 (Count I) and one count of interstate transportation of stolen vehicles, in violation of 18 U.S.C. §§ 2312 and 2 (Count IX). (Doc. 7.) Judge DeSoto recommends that this Court accept Mr.

Johnson's guilty plea as to Count IX after he appeared before her pursuant to Federal Rule of Criminal Procedure 11. The Court finds no clear error in Judge DeSoto's Findings and Recommendation and adopts them in full, including the recommendation to defer acceptance of the Plea Agreement until sentencing when the Court will have reviewed the Plea Agreement and Presentence Investigation Report.

Accordingly, IT IS ORDERED that Judge DeSoto's Findings and Recommendation (Doc. 60) is ADOPTED in full.

IT IS FURTHER ORDERED that Mr. Johnson's motion to change plea (Doc. 50) is GRANTED.

IT IS FURTHER ORDERED that Mr. Johnson is adjudged guilty as charged in Count IX of the Indictment.

DATED this 19th day of July, 2021.

_____
Dana L. Christensen, District Judge
United States District Court